UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Danielle Maffeo<br><br>                    Plaintiff-Appellant,<br>vs.<br><br>State of Nevada et al<br><br>                    Defendants-Appellees. | District No.   2:09-CV-2274 HDM-LRL<br><br>U.S.C.A. No.   10-17620 |

ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on 01-06-2012 , issued its judgment AFFIRMING the judgment of the District Court, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

Dated this   6th   day of   January   , 2012.

*Howard D. McKibben* (signature)

Howard D. McKibben
United States District Judge